# United States Bankruptcy Court
## District of Minnesota

In re __Devin Irene Dudley_____ Case No. __21-30073__

                                                 Debtor(s)                Chapter __13__

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

- [x] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    - [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    - [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _/s/ DocuSigned_ (C4D0B3976A00496...)     Date: __1/14/2021__

*************************************************************

- [ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

- [ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    - [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    - [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____ Date: _____

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account numbers are redacted before filing. If the income records include the year to date amounts, you are only required to

submit the first and last pay stubs from the previous 60 days.

**MATIK MANAGEMENT LLC**
PO Box 7317
ROCHESTER, MN 55903
507-218-0064

DUDD Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 01/08/21
Check #: 2636
Period begin: 12/19/21
Period end: 01/01/21

| Wages | Rate | Regular Hours | Amount | Rate | Overtime Hours | Amount | Rate | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 18.00 | 49.50 | 891.00 | 27.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 49.50 | 891.00 | FICA-SS | 55.24 |
| PTO | 18.00 | | 0.00 | 27.00 | | 0.00 | 36.00 | | 0.00 | | 0.00 | FICA-MED | 12.92 |
| Holiday | | 24.00 | 0.00 | | | 0.00 | | | 0.00 | 24.00 | 0.00 | FIT | 17.00 |
| | | | | | | | | | | | | Minnesota SIT | 40.00 |
| Totals | | 73.50 | 891.00 | | | 0.00 | | | 0.00 | 73.50 | 891.00 | | 125.16 |

Accruable benefits   Used this check   Available
PTO                  0.00              3.60

Direct deposit detail:
1057252510    765.84

Net Check         0.00
Direct Deposit  765.84
Total Pay       765.84

**Year to Date**

| Wages | Hours | Regular Amount | Overtime Hours | Amount | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 49.50 | 891.00 | | 0.00 | | 0.00 | 49.50 | 891.00 | FICA-SS | 55.24 |
| Holiday | 24.00 | 0.00 | | 0.00 | | 0.00 | 24.00 | 0.00 | FICA-MED | 12.92 |
| | | | | | | | | | FIT | 17.00 |
| | | | | | | | | | Minnesota SIT | 40.00 |
| Totals | 73.50 | 891.00 | | 0.00 | | 0.00 | 73.50 | 891.00 | | 125.16 |

Total Pay   765.84

**MATIK MANAGEMENT LLC**
PO Box 7317
ROCHESTER, MN 55903

Check #: 2636
Check date: 01/08/21

Pay to the order of: Devin I Dudley                    $0.00

**Zero and 00/100**

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

**MATIK MANAGEMENT LLC**
PO Box 7317
ROCHESTER, MN 55903

MATIK MANAGEMENT LLC
PO Box 7317
ROCHESTER, MN 55903
507-216-0064

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 12/24/20   Check #: 2626
Period begin: 12/05/20   Period end: 12/18/20

| Wages | Rate | Hours | Amount | Rate (OT) | Hours | Amount | Rate (DT) | Hours | Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 18.00 | 78.00 | 1,404.00 | 27.00 | 0.00 | | 36.00 | 0.00 | | 78.00 | 1,404.00 | FICA-SS | 87.05 |
| PTO | 18.00 | | 0.00 | 27.00 | 0.00 | | 36.00 | 0.00 | | | 0.00 | FICA-MED | 20.35 |
| | | | | | | | | | | | | FIT | 72.00 |
| | | | | | | | | | | | | Minnesota SIT | 71.00 |
| Totals | | 78.00 | 1,404.00 | | | 0.00 | | | 0.00 | 78.00 | 1,404.00 | | 250.41 |

Accruable benefits: PTO   Used this check: 0.00   Available: 3.50
Direct deposit detail: 1057252510   1,153.59
Net Check: 0.00
Direct Deposit: 1,153.59
Total Pay: 1,153.59

**Year to Date**

| Wages | Hours | Amount | OT Hours | OT Amount | DT Hours | DT Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 896.00 | 16,128.00 | | 0.00 | | 0.00 | 896.00 | 16,128.00 | FICA-SS | 1,012.77 |
| PTO | 3.50 | 63.00 | | 0.00 | | 0.00 | 3.50 | 63.00 | FICA-MED | 236.86 |
| Holiday | 8.00 | 144.00 | | 0.00 | | 0.00 | 8.00 | 144.00 | FIT | 809.00 |
| | | | | | | | | | Minnesota SIT | 819.00 |
| Totals | 907.50 | 16,335.00 | | 0.00 | | 0.00 | 907.50 | 16,335.00 | | 2,877.63 |

Total Pay: 13,457.37

MATIK MANAGEMENT LLC
PO Box 7317
ROCHESTER, MN 55903

2626

Check date: 12/24/20

Pay to the order of: Devin I Dudley   $0.00

**Zero and 00/100**********************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

MATIK MANAGEMENT LLC
PO Box 7317
ROCHESTER, MN 55903

**MATIK MANAGEMENT LLC**
3249 19th Street NW
ROCHESTER, MN 55901
507-216-0064

DUDD — Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 12/11/20 Check #: 2618
Period begin: 11/21/20 Period end: 12/04/20

| Wages | Regular Rate | Hours | Amount | Overtime Rate | Hours | Amount | Double Time Rate | Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 18.00 | 66.00 | 1,188.00 | 27.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 66.00 | 1,188.00 | FICA-SS | 85.37 |
| PTO | 18.00 | 2.50 | 45.00 | 27.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 2.50 | 45.00 | FICA-MED | 19.97 |
| Holiday | 18.00 | 8.00 | 144.00 | 27.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 8.00 | 144.00 | FIT | 68.00 |
| | | | | | | | | | | | | Minnesota SIT | 69.00 |
| Totals | | 76.50 | 1,377.00 | | | 0.00 | | | 0.00 | 76.50 | 1,377.00 | | 242.34 |

| Accruable benefits | Used this check | Available | Direct deposit detail | | Net Check | 0.00 |
|---|---|---|---|---|---|---|
| PTO | 0.00 | 4.25 | 1057262510 | 1,134.66 | Direct Deposit | 1,134.66 |
| | | | | | Total Pay | 1,134.66 |

**Year to Date**

| Wages | Regular Hours | Amount | Overtime Hours | Amount | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 818.00 | 14,724.00 | | 0.00 | | 0.00 | 818.00 | 14,724.00 | FICA-SS | 925.72 |
| PTO | 3.50 | 63.00 | | 0.00 | | 0.00 | 3.50 | 63.00 | FICA-MED | 216.50 |
| Holiday | 8.00 | 144.00 | | 0.00 | | 0.00 | 8.00 | 144.00 | FIT | 737.00 |
| | | | | | | | | | Minnesota SIT | 748.00 |
| Totals | 829.50 | 14,931.00 | | 0.00 | | 0.00 | 829.50 | 14,931.00 | | 2,627.22 |

Total Pay 12,303.78

MATIK MANAGEMENT LLC
3249 19th Street NW
ROCHESTER, MN 55901

2618

Check date: 12/11/20

Pay to the order of: Devin I Dudley $ 0.00

**Zero and 00/100***************************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

MATIK MANAGEMENT LLC
3249 19th Street NW
ROCHESTER, MN 55901

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

**MATIK MANAGEMENT LLC**
3249 19th Street NW
ROCHESTER, MN 55901
507-218-0084

DUDD — Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 11/27/20   Check #: 2605
Period begin: 11/07/20   Period end: 11/20/20

| Wages | Rate | Regular Hours | Amount | Rate | Overtime Hours | Amount | Rate | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 18.00 | 80.00 | 1,440.00 | 27.00 | 0.00 | 0.00 | 36.00 | 0.00 | 0.00 | 80.00 | 1,440.00 | FICA-SS | 89.28 |
| PTO | 18.00 |  | 0.00 | 27.00 |  | 0.00 | 36.00 |  | 0.00 |  | 0.00 | FICA-MED | 20.88 |
|  |  |  |  |  |  |  |  |  |  |  |  | FIT | 76.00 |
|  |  |  |  |  |  |  |  |  |  |  |  | Minnesota SIT | 73.00 |
| Totals |  | 80.00 | 1,440.00 |  |  | 0.00 |  |  | 0.00 | 80.00 | 1,440.00 |  | 259.16 |

| | Accruable benefits | Used this check | Available | Direct deposit debit: | | Net Check | 0.00 |
|---|---|---|---|---|---|---|---|
| | PTO | 0.00 | 4.25 | 1057252610 | 1,180.84 | Direct Deposit | 1,180.84 |
| | | | | | | Total Pay | 1,180.84 |

Year to Date

| Wages | Hours | Regular Amount | Overtime Hours | Amount | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 752.00 | 13,536.00 |  | 0.00 |  | 0.00 | 752.00 | 13,536.00 | FICA-SS | 840.35 |
| PTO | 1.00 | 18.00 |  | 0.00 |  | 0.00 | 1.00 | 18.00 | FICA-MED | 196.53 |
|  |  |  |  |  |  |  |  |  | FIT | 669.00 |
|  |  |  |  |  |  |  |  |  | Minnesota SIT | 679.00 |
| Totals | 753.00 | 13,554.00 |  | 0.00 |  | 0.00 | 753.00 | 13,554.00 |  | 2,384.88 |

Total Pay   11,169.12

**MATIK MANAGEMENT LLC**
3249 19th Street NW
ROCHESTER, MN 55901

2605

Check date: 11/27/20

Pay to the order of: Devin I Dudley                                    $ **0.00**

**Zero and 00/100**********************************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

MATIK MANAGEMENT LLC
3249 19th Street NW
ROCHESTER, MN 55901

**INTEGRATED HOME SERVICES INC.**
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904
507-216-0064

Devin J Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 01/08/21    Check #: DD489
Period begin: 12/19/20   Period end: 01/01/21

| Wages | Regular Rate | Regular Hours | Regular Amount | Overtime Rate | Overtime Hours | Overtime Amount | Double Time Rate | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 15.00 | 6.50 | 97.50 | 22.50 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 6.50 | 97.50 | FICA-SS | 6.05 |
| PTO | 15.00 | | 0.00 | 22.50 | | 0.00 | 30.00 | | 0.00 | | 0.00 | FICA-MED | 1.41 |
| Totals | | 6.50 | 97.50 | | | 0.00 | | | 0.00 | 6.50 | 97.50 | | 7.46 |

Accruable benefits — Used this check / Available
Direct deposit detail: 1057252510    90.04
Net Check: 0.00
Direct Deposit: 90.04
Total Pay: 90.04

**Year to Date**

| Wages | Regular Hours | Regular Amount | Overtime Hours | Overtime Amount | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 6.50 | 97.50 | | 0.00 | | 0.00 | 6.50 | 97.50 | FICA-SS | 6.05 |
| | | | | | | | | | FICA-MED | 1.41 |
| Totals | 6.50 | 97.50 | | 0.00 | | 0.00 | 6.50 | 97.50 | | 7.46 |

Total Pay: 90.04

---

**INTEGRATED HOME SERVICES INC**
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904

Check date: 01/08/21    DD489

Pay to the order of: Devin I Dudley         $0.00

**Zero and 00/100**********************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

INTEGRATED HOME SERVICES INC.
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904
507-216-0054

DED Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 12/24/20  Check #: DD481
Period begin: 12/05/20  Period end: 12/18/20

| Wages | Regular Rate | Hours | Amount | Overtime Rate | Hours | Amount | Double Time Rate | Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 15.00 | 11.50 | 172.50 | 22.50 | | 0.00 | 30.00 | | 0.00 | 11.50 | 172.50 | FICA-SS | 10.69 |
| PTO | 15.00 | 0.00 | 0.00 | 22.50 | | 0.00 | 30.00 | | 0.00 | | 0.00 | FICA-MED | 2.51 |
| Totals | | 11.50 | 172.50 | | | 0.00 | | | 0.00 | 11.50 | 172.50 | | 13.20 |

Accruable benefits  Used this check  Available
Direct deposit detail: 1057252510  159.30

Net Check 0.00
Direct Deposit 159.30
Total Pay 159.30

Year to Date

| Wages | Regular Hours | Amount | Overtime Hours | Amount | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 18.00 | 270.00 | | 0.00 | | 0.00 | 18.00 | 270.00 | FICA-SS | 16.74 |
| | | | | | | | | | FICA-MED | 3.92 |
| Totals | 18.00 | 270.00 | | 0.00 | | 0.00 | 18.00 | 270.00 | | 20.66 |

Total Pay 249.34

---

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904

DD481

Check date: 12/24/20

Pay to the order of: Devin I Dudley      $0.00

**Zero and 00/100***************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904
507-216-0064

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

Check date: 12/11/20
Check #: DD474
Period begin: 11/21/20
Period end: 12/04/20

| Wages | Regular Rate | Hours | Amount | Overtime Rate | Hours | Amount | Double Time Rate | Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 15.00 | 6.50 | 97.50 | 22.50 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 6.50 | 97.50 | FICA-SS | 6.05 |
| PTO | 15.00 | 0.00 | 0.00 | 22.50 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | FICA-MED | 1.41 |
| Totals | | 6.50 | 97.50 | | | 0.00 | | | 0.00 | 6.50 | 97.50 | | 7.46 |

Accruable benefits   Used this check   Available
Direct deposit detail: 1057252510   90.04

Net Check   0.00
Direct Deposit   90.04
Total Pay   90.04

Year to Date

| Wages | Regular Hours | Amount | Overtime Hours | Amount | Double Time Hours | Amount | Total Hours | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 6.50 | 97.50 | | 0.00 | | 0.00 | 6.50 | 97.50 | FICA-SS | 6.05 |
| | | | | | | | | | FICA-MED | 1.41 |
| Totals | 6.50 | 97.50 | | 0.00 | | 0.00 | 6.50 | 97.50 | | 7.46 |

Total Pay   90.04

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904

DD474

Check date: 12/11/20

Pay to the order of: Devin I Dudley                                        $0.00

**Zero and 00/100***********************************************

Devin I Dudley
510 1st St NE
Hayfield, MN 55940

INTEGRATED HOME SERVICES INC
1704 3RD AVE SE SUITE 3
ROCHESTER, MN 55904