## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE:** | **CASE NO. 21-30073-WJF** |
| **Devin Irene Dudley f/k/a Devin Irene Littlefield** | **CHAPTER 13** |
| **DEBTOR** | |

**The undersigned,** being first duly sworn on oath, deposes, and states as follows:

1.    That Affiant is an attorney duly licensed to practice law in the State of Minnesota.

2.    That Affiant represents Wells Fargo Bank, N.A., the holder of a first mortgage on the property legally described as:

> Lots Eleven (11) and Twelve (12) in Block Three (3), T.S. Slingerland's Addition to the Village of Hayfield, according to the Plat on file and of record in the office of the Dodge County Recorder.

3.    That on or about April 21, 2022, Affiant, on behalf of Wells Fargo Bank, N.A. brought a motion before this Court to lift the stay for the debtor's failure to pay post-petition mortgage payments according to the Chapter 13 Bankruptcy Plan.  That the parties entered into an Order to pay the arrearages, which was approved by this Court's Order on July 25, 2022.  A copy of said Order is attached hereto as Exhibit A.

4.    That the debtor(s) have not complied with said Order, and on June 6, 2023, the notice letter dated June 5, 2023 was mailed to the debtor(s) and the debtor(s) attorney of the failure to comply with the Order.  A copy of said Notice is attached hereto as Exhibit B.

5. That debtor(s) have failed to comply with the Order in that Debtor(s) failed to pay $3,210.82 per the notice of default dated June 5, 2023

6. Acceptance of partial payments will not constitute a waiver of Wells Fargo's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

**FURTHER AFFIANT SAYETH NAUGHT**, except this Affidavit is made to establish that the debtor(s) have defaulted according to the terms of said Order.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON (DATE). (SIGNATURE).**

Dated: July 17, 2023.

**LOGS LEGAL GROUP LLP**

Signed: */s/ Melissa LB Porter*
Melissa L.B. Porter 0337778
Tracy Halliday 034610X
LOGS Legal Group LLP
1715 Yankee Doodle Road
Suite 210
Eagan, MN 55121
(952) 831-4060
logsecf@logs.com